UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTON |
| VERSUS | NO. 20-134 |
| SHARRON ROBINSON | SECTION M (3) |

**NOTICE OF SENTENCING**
(previously set 1/20/2022)

Take notice that this criminal case has been set for SENTENCING on **April 28, 2022, at 1:30 p.m.** before JUDGE BARRY W. ASHE, Federal Courthouse Building, 500 Poydras Street, Courtroom C351, New Orleans, LA 70130.

\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\* PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

| | |
|---|---|
| | CAROL L. MICHEL, CLERK |
| DATE: January 18, 2022 | By: Cherie Charles, Deputy Clerk |
| TO: | AUSA: Chandra Menon |
| SHARRON ROBINSON | chandra.menon@usdoj.gov |
| **COUNSEL FOR ROBINSON:** | U.S. Marshal |
| **CATHERINE CHAVARRI** | |
| chavarrijd@smclattorneys.com | U.S. Probation/Pretrial Services Unit |
| | **JUDGE ASHE** |
| | **MAGISTRATE JUDGE** |
| | FOREIGN LANGUAGE INTERPRETER: NO |
| If you change address, notify Clerk of Court by phone, (504) 589-7703 | SA Barbara Hoffler, CGIS Barbara.R.Hoffler@uscg.mil |